**Errol Douglass FULFORD–EL,**
**Plaintiff—Appellant,**

v.

Gary D. MAYNARD, Secretary of Public Safety & Correctional Services; J. Michael Stouffer, Commissioner of Correction, Defendants—Appellees.

No. 11–6923.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 17, 2011.

Errol Douglass Fulford–El, Appellant Pro Se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Errol Douglass Fulford–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulford–El v. Maynard,* No. 1:10–cv–00618–WDQ, 2011 WL 2619542 (D. Md. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*